IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| AbbVie Inc. (a Delaware corporation); Allergan, Inc. (a Delaware corporation); Durata Therapeutics, Inc. (a Delaware corporation); AbbVie Products LLC (a Georgia limited liability company); Aptalis Pharma US, Inc. (a Delaware corporation); Pharmacyclics LLC (a Delaware limited liability company); Allergan Sales, LLC (a Delaware limited liability company),<br><br>*Plaintiffs*,<br><br>v.<br><br>LYNN FITCH, in her official capacity as the Attorney General of the State of Mississippi,<br><br>*Defendant*. | No. 3:24-cv-348-CWR-LGI |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Aptalis Pharma US, Inc., Pharmacyclics LLC, and Allergan Sales, LLC (collectively "AbbVie" or "Plaintiffs"), by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) file this Notice of Voluntary Dismissal Without Prejudice. In the interests of justice and for the convenience of all parties, Plaintiffs intended to file this suit along with two related actions, *Pharmaceutical Research and Manufacturers of America v. Lynn Fitch*, No. 1:24-cv-160-HSO-BWR and *Novartis Pharmaceuticals Corp. v. Lynn Fitch*, No. 1:24-cv-164-HSO-

1

BWR, in the Southern District of Mississippi, Southern Division, but inadvertently filed in the Northern Division.

| | |
|---|---|
| Dated: June 17, 2024 | Respectfully submitted,<br>/s/ Matthew G. Warren |
| Ashley C. Parrish (*pro hac vice* forthcoming)<br>John D. Shakow (*pro hac vice* forthcoming)<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue N.W.<br>Suite 900<br>Washington, D.C. 20006<br>Telephone: (202) 626-2627<br>Email: aparrish@kslaw.com | Matthew S. Owen, P.C. (*pro hac vice* forthcoming)<br>Meredith M. Pohl (*pro hac vice* forthcoming)<br>Conley K. Hurst (*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Email: matt.owen@kirkland.com<br>         meredith.pohl@kirkland.com |
| Nicole Bronnimann (*pro hac vice* forthcoming)<br>KING & SPALDING LLP<br>1100 Louisiana, Suite 4100<br>Houston, TX 77002<br>Telephone: (713) 276-7402<br>Email: nbronnimann@kslaw.com | William Smith, Sr. (Miss. State Bar #7635)<br>William Lucien Smith Jr. (Miss. State Bar #102852)<br>Kye C. Handy (Miss. State Bar #105048)<br>Matthew G. Warren (Miss. State Bar #106349)<br>BALCH & BINGHAM LLP<br>188 East Capitol Street, Suite 1400<br>Jackson, MS 39201<br>Telephone: (601)-961-9900<br>Email: wsmith@balch.com<br>         lsmith@balch.com<br>         khandy@balch.com<br>         mgwarren@balch.com |

*Counsel for Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024 a copy of the foregoing Notice of Dismissal Without Prejudice was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record by electronic means.

*/s/ Matthew G. Warren*
Matthew G. Warren
